UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MADISON ROSE HANNING,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO, Commissioner<br>    of Social Security,<br><br>            Defendant. | Case No. CV-26-267-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED : Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.

    Dated this 4th   day of August, 2026

                    TYLER P. GILMAN, CLERK


                    By:   /s/ Megan Stewart
                          Deputy Clerk